UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 15-337 BRO | Date | November 5, 2015 |
|---|---|---|---|
| Title | United States v. Pearson | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Government: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒  Lack of bail resources

☐  Refusal to interview with Pretrial Services

☒  No stable ~~residence or~~ employment

☐  Previous failure to appear or violations of probation, parole, or release

☐  Ties to foreign countries

☒  Allegations in petition

☒  Continued substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 15-337 BRO | Date | November 5, 2015 |
|---|---|---|---|
| Title | United States v. Pearson | | |

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

C. ☐ Defendant submitted to detention

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.