FILED
CLERK U.S. DISTRICT COURT
JUN 1 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>     Plaintiff, )<br>  )<br>vs. )<br>  )<br>REX MICHAEL PEARSON, )<br>  )<br>     Defendant. )<br>_____) | Case No.: CR 15-0337-BRO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of (his)/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown recent background and bail resources,</u>

1  <u>apparent ongoing drug use, prior violation</u>

4       and/or

5  B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

14      IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17  Dated:   6/13/16

*[signature]*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE